

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| EMMANUEL TERRELL,<br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES JUSTICE DEPARTMENT<br>et al.,<br>　　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:08-2228-HFF-TER<br>§<br>§<br>§<br>§ |

## ORDER

This appears to be a *Bivens* action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Plaintiff's motion for an Order to Transfer should be denied. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 22, 2008,[*] but Plaintiff failed to file any objections to the Report. In the absence of such objections, the Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report to the extent that it does not contradict this Order, and incorporates it herein. Therefore, it is the judgment of the Court that Plaintiff's motion for an Order to Transfer be **DENIED**.

**IT IS SO ORDERED**.

Signed this 14th day of October, 2008, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[*]There are two references to state prisons in the Report. As to the first mention on page two of the Report, the lesson cited by the Magistrate Judge from *Taylor v. Freeman*, 34 F.3d 266, 269 (4th Cir. 1994), applies equally to federal prisons. The second, a note about "SCDC" on page three of the Report, appears to be a scrivener's error.

2